UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

ALFATINA JOHNSON-CREEKMORE

                         Plaintiff,

               v.

686 5TH AVENUE, LLC

                        Defendant.

-------------------------------------------------------------------------x

**Docket No. 1:24-cv-07689 (CBA) (RML)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have

been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and

without costs, fees, or expenses.

Dated: May 29, 2025
       New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____

'Glen H. Parker, Esq.
Attorneys for Plaintiff
28 Valley Road
Montclair, New Jersey 07042
Tel 347-292-9042
ghp@parkerlawusa.com

**BISOGNO AND MEYERSON LLP**

By: _____

George D. Silva, Esq
Attorneys for the Defendant
7018 Fort Hamilton Parkway
Brooklyn, NY 11228
(718) 745-0880
silva.d.george@gmail.com